IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | | |
|---|---|---|
| PATRICK VAN ANDERSON, | ) | Case No. 4:11cv00050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | By:  Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Before me are Defendant's Motion for Judgment [ECF. No. 19], and Plaintiff's Motion for Judgment [ECF No. 22].  For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion for Judgment is **GRANTED**, and Plaintiff's Motion for Judgment is **DENIED**.

The clerk is directed to send a copy of the Memorandum Opinion and accompanying Order to counsel of record.

Entered this 30th day of March, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE